In the Matter of ERIN F. and Others, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; HEATHER B., Appellant. [751 NYS2d 429] —Appeal from an order of Family Court, Onondaga County (Hood, J.), entered February 22, 2002, which adjudged that respondent's children are neglected children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court, Onondaga County, Hood, J. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Burns, JJ.